OCTOBER 6, 1993

No. 92–2002. CHURCH OF SCIENTOLOGY WESTERN UNITED STATES ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 8, 1993

No. 93–330. BRIMELOW ET AL. *v.* BENFIELD. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

OCTOBER 12, 1993

No. 93–5258. BREAUX *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shalala* v. *Schaefer*, 509 U. S. 292 (1993).